******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

MARCIA JORDAN *v.* ZONING BOARD OF APPEALS
OF THE CITY OF NORWALK
(AC 37718)

Gruendel, Prescott and Mullins, Js.*

Argued February 8—officially released April 19, 2016

(Appeal from Superior Court, judicial district of
Stamford-Norwalk, Hon. A. William Mottolese, judge
trial referee.)

*Anthony M. Modugno*, with whom, on the brief, was
*Frank Modugno*, for the appellant (plaintiff).

*Carolyn M. Colangelo*, with whom was *Brian L.
McCann*, for the appellee (defendant).

*Opinion*

PER CURIAM. After having reviewed the record and the parties' appellate briefs, and after having considered their oral arguments, we conclude that certification of this matter was improvidently granted. See *Foxwood Master Condominium Assn., Inc.* v. *Planning & Zoning Board,* 26 Conn. App. 912, 913, 598 A.2d 369 (1991) (per curiam) ("[o]ur review of the record and briefs, and the oral arguments presented convince us that the petition for certification was improvidently granted"); *Wood* v. *Planning & Zoning Commission,* 17 Conn. App. 812, 813, 550 A.2d 1103 (1988) (per curiam).

The appeal is dismissed.

* The listing of judges reflects their seniority status on this court as of the date of oral argument.